MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYBN 2040855)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5042
   FAX: (408) 535-5066
   matthew.parrella@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> ALI REZA MAHMOUDI ASHTIANI, <br>     Defendant. | NO. CR-00-20279 RMW <br><br> NOTICE OF DISMISSAL |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice and moves that the Court quash the arrest warrant issued in connection with the indictment in this case.

DATED: 4/17/15

                                               Respectfully submitted,

                                               MELINDA HAAG
                                               United States Attorney

                                               MATTHEW A. PARRELLA
                                               Assistant United States Attorney

1     Leave is granted to the government to dismiss the indictment. It is further ordered that the arrest
2 warrant issued in connection with the Indictment is quashed.

3

4

5 Date: _____ÍÐÐÍ_____

                                       *Ronald M. Whyte*
6                                     RONALD M. WHYTE
                                    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL (CR-00-20279 RMW)